UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:09MC113 CDP |
| | ) | |
| WILLIAM J. OHERIN, | ) | |
| | ) | |
| Defendant. | ) | |

# ORDER

The government filed a petition to enforce Internal Revenue Service Summonses properly served on William J. Oherin. A show cause order was issued, setting the matter for a hearing on March 27, 2009. Respondent Oherin was duly served, and appeared at the hearing on that date, and requested that the matter be continued for a month. He indicated at that time that he expected to comply with the summonses, and hoped the matter would be resolved before the hearing. I granted that request and set the matter for hearing for today, April 24, 2009, at 1:00 p.m.

At 10:13 a.m. today, Oherin electronically filed a motion for a continuance, stating that he would be in trial in state court this afternoon. Counsel for the government and the IRS officer appeared at the hearing as previously scheduled, and informed the court of the recently-filed motion. Government counsel also stated that there had been only minimal compliance to date, as respondent had produced a few documents over the last month, but nowhere near all the documents required by the summonses. Counsel indicated that respondent continued to indicate that he would

comply, and in fact had been in the United States Attorneys' office this morning when he hand-delivered the motion for continuance to government counsel.  Because of the continued non-compliance and the late request for a continuance of the show cause hearing, counsel for the government asked that the Court enter an order of enforcement. I agree that this is appropriate, as it appears that such an order is necessary to insure Mr. Oherin's compliance.

Accordingly,

**IT IS HEREBY ORDERED** that respondent William J. Oherin shall obey the summonses previously served on him, and shall appear before Revenue Officer Richard Laramie or his delegate no later than **Wednesday, May 6, 2009**, at the address listed on the summonses, or at such other time and place designated by Revenue Officer Laramie, and shall testify and produce the books, records and other data called for by the summonses.

**IT IS FURTHER ORDERED** that the motion to continue [#8] is denied.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 24th day of April, 2009.